**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                         CASE NO.: 14-29898-BKC-RAM
                                                                                        Chapter 7

**JONAS E RODRIGUEZ**
SSN: XXX-XX-7491
**SUSANA L REYES**
SSN: XXX-XX-0744
_____Debtors._____/

**TRUSTEE'S OBJECTION TO CLAIM NO. 1**
**OF THE COURTS AT DORAL ISLES CONDOMINIUM ASSOCIATIONS, INC.**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

     If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to Joel L. Tabas, Trustee, One Flagler Building, 14 N.E. First Avenue, Miami, FL  33132 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

     If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court**:  C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

     Pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, the Trustee objects to the following claim filed in this case:

Case No. 14-29898-BKC-RAM

| Claim No. | Name and Address of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition of Claim |
|---|---|---|---|
| 1 | The Courts at Doral Isles Condominium Association, Inc. Eisinger, Brown, Lewis, Frankel & Chaiet, PA c/o Jed L Frankel, Esq 4000 Hollywood Blvd., Ste 265-S Hollywood, FL 33021 | $2,805.00 (Secured) | The Trustee objects to this claim as he did not administer the collateral to which this creditor's lien attaches, real property located at 6670 NW 114th Ave., #627, Doral, FL 33178 (the "Property"). On February 23, 2015, the Trustee filed a Notice of Abandonment of the Property (ECF No. 45). Additionally, the claim does not appear to represent a deficiency balance. Accordingly, unless this claim is amended within 30 days to reflect an unsecured deficiency balance, this claim should be stricken to allow the claimant to pursue its interest in the collateral. |

**I HEREBY CERTIFY** that on October 22, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the above-named creditor and the Debtor:

Jonas E Rodriguez
Susana L Reyes
991 E 31 Street
Hialeah, FL 33013-3430

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
14 Northeast First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708
JTabas@tabasfreedman.com